# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,                         Case No. 2112500736

v.

MICHAEL FRALEY Jr.         HON. SHALINA D. KUMAR
                                       United States District Judge

    Defendant.

FILED JUN 26 2023 CLERK'S OFFICE DETROIT

## MOTION TO RECOVER SEIZED PROPERTY
"To whom it may concern.
Genesee County Federal Courts"

My name is MICHAEL FRALEY Jr. D.O.B. 4/27/1981, Case Nuber in concern 2112500736. I am currently being housed at the Clare County Jail in Harrison, Mi 48625. I was arrested in Genesee County Flint, Mi, on March 15th 2021 at the address of 2415 W. Stewart Ave. Deputy Stocchi badge no.#582 and deputy Victoria Dallas are evidence technicians and photographed property in question. "I am not listing all items that was seized in this motion, see attached paperwork

for listings of all items."

Item 1: (A) $2,168 US Currency, denominations of 2-$100, 7-$50, 79-$20, 4-$5, 18-1$ Bills.

Item 3: (C) $40 US Currency, denominations of 2-$20 bills.

Item 8: (H) 3 (Three) "Google Photo" Books.

Item 9: (I) $524 US Currency, denominations of 1-$100, 1-$50, 18-$20, 1-$10, 4-$1 bills.

My lawyer at the time of my arrest was Mr. Nick Robinson. He did put the forfeiture paperwork in on a timely manner of my arrest. My Federal lawyer at this time is one "Sanford Plottkin." Contact him for further information if needed."

At this point I am putting this motion in to request to have a hearing in a timely manner to recover ALL seized property.

Current Address
255 W. Main St
Harrison, Mi 48625

Respectfully Submitted
MICHAEL FRALEY Jr.
Michael Fraley Jr.

Case No.: 2112500736        Printed 3/23/2021 5:04 PM                                        Page 1 of 2

## Officer Narrative

| | | | |
|---|---|---|---|
| Case Number: | 2112500736 | Entered On: | 3/15/2021 2:40:13 PM |
| Subject: | Deputy Stocchi supplemental | Entered By: | Stocchi, Christina - 582 |

Narrative:

**VENUE:**

2415 W. Stewart Avenue, City of Flint, County of Genesee, State of Michigan

**INFORMATION:**

On Monday, March 15, 2021 Deputy Christina Stocchi and Deputy Victoria Dallas Evidence Technicians for the Office of Genesee County Sheriff were contacted by Detective Sergeant Ryan Dobbs with the Office of Genesee County Sheriff and requested to respond to 2415 W. Stewart Ave. to assist with a search warrant.

**SCENE:**

Deputy Stocchi and Deputy Dallas arrived on scene at 7:45 am and were met by Major Michael Angus, Captain William Lanning, Lt. Max Mims, Lt. David Kennamer, D/Sgt. Dobbs, D/Sgt. Andrew Snyder, D/Sgt. Ryan Rainwater, D/Sgt. Rebecca Stadler, D/Sgt. George Lieber, D/Sgt. Scott Pritchard and D/Sgt. Nicholas Walleman all with the Office of Genesee County Sheriff. Deputy Stocchi was advised we were there to execute a search warrant for narcotics.

The residence sits on the southeast corner of Stewart Ave. and Clio Rd with the front door facing Stewart Ave. and the west side door facing Clio Rd. The building is a single-family one-story brick home with the driveway sitting on the west side of the building.

**PHOTOGRAPHS:**

Deputy Stocchi began by photographing the exterior and interior of the residence. Deputy Stocchi photographed the silver in color Dodge Charger backed in the driveway and sitting west of the side door. These photographs will be attached to this report.

**EVIDENCE:**

The following items were photographed by Deputy Stocchi and seized by Deputy Dallas.

Item 1: (A) $2168 US Currency, denominations 2-$100, 7-$50, 79-$20, 4-$5, 18-$1 bill, seized from room 5 northeast bedroom on top of the nightstand on north wall.

Item 2: (B) Black and green "WeighMax" digital scale with residue, seized from room 5 northeast bedroom on top of dresser on west wall.

Case No.: 2112500736        Printed 3/23/2021 5:04 PM                                Page 2 of 2

Item 3: (C) $40 US Currency, denominations 2-$20 bills, seized from room 5 northeast bedroom in front left jean pocket.

Item 4: (D) MacBook Air laptop w/ wireless mouse serial number: C02MQ56CF6T5, seized from room 5 northeast bedroom on top of bed against east wall.

Item 5: (E) Black cell phone with cracked screen & green case, seized from room 5 northeast bedroom on top of bed next to nightstand.

Item 6: (F) Green and black "Digiweigh" digital pocket scale, seized from room 5 northeast bedroom top dresser drawer

Item 7: (G) Black outer vest, seized from room 5 northeast bedroom closet.

Item 8: (H) 3 "Google Photo" photo books, seized from room 5 northeast bedroom closet on top shelf.

Item 9: (I) $524 US Currency denominations 1-$100, 1-$50, 18-$20, 1-$10 and 4- $1 bills, seized from room 5 northeast bedroom closet in coach bag inside Nike bag.

Item 10: (J) Black Apple iPhone in red case, seized from room 5 northeast bedroom under bed.

Item 11: (K) Black & blue LG Risio Cricket cell phone, seized from room 6 southeast bedroom on dresser against north wall.

Item 12: (K) Samsung Galaxy tablet in black case, seized from room 6 southeast bedroom on dresser against north wall.

Item 13: (L) Amazon tablet, seized from room 6 southeast bedroom on floor behind dresser on north wall.

Item 14: (L) LG cell phone with shattered back, seized from room 6 southeast bedroom on floor behind dresser on north wall.

Item 15: (L) LG cell phone with shattered screen, seized from room 6 southeast bedroom on floor behind dresser on north wall.

All evidence was secured and transported back to the Office of Genesee County Sheriff's evidence room by Deputy Stocchi and Deputy Dallas.

Respectfully submitted,


Deputy Christina Stocchi

Badge #582

Michael Fraley
255 W Main St
Harrison MI 48625

RECEIVED
JUN 26 2023
U.S. DISTRICT COURT
FLINT, MICHIGAN

Federal Court
County Clerks office
600 Church st
Flint MI 48502

METROPLEX MI 480
20 JUN 2023 PM 2 L

48502-120099

